PHYSICIANS INDEPENDENT LABORATORY INC, a California corporation, et al., Plaintiffs—Appellants,

v.

Tommy THOMPSON, In his official capacity as Secretary of the United States Department of Health and Human Services,* et al., Defendants—Appellees.

No. 01–56027.

D.C. No. CV–99–12209–SVW.

United States Court of Appeals, Ninth Circuit.

---

* Tommy Thompson is substituted for his prede-

Submitted Nov. 6, 2002.**

Decided Dec. 6, 2002.

Before CANBY, GOULD and BERZON, Circuit Judges.

MEMORANDUM ***

We affirm the decision that the district court lacked jurisdiction for the reasons stated by the district court.

Appellants further and belatedly argue that the district court should have transferred the claims pursuant to 28 U.S.C. § 1631 or that we should transfer the claims to our circuit for direct consideration. Usually, we do not consider an issue not raised in the opening brief. *Dilley v. Gunn*, 64 F.3d 1365, 1367 (9th Cir. 1995) (issues not raised in the opening brief usually are deemed waived). The transfer issue was first raised in appellants' reply brief, and we here decline to exercise our discretion to address the issue, which is considered waived.[1]

AFFIRMED

** This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. Our conclusion that the transfer issue is waived makes it unnecessary for us to address the question whether the plaintiffs' second

amended complaint, which asserts *Bivens* claims against individual defendants, is capable of being treated by this court as a petition for review of agency action.

